1  **THE FOX LAW CORPORATION**
   Steven R. Fox, SBN 138808
2  W. Sloan Youkstetter, SBN 296681
   17835 Ventura Blvd., Suite 306
3  Encino, CA 91316
   (818)774-3545; FAX (818)774-3707
4  srfox@foxlaw.com
   syoukstetter@foxlaw.com
5
   Attorneys for Plaintiff, Green Pharmaceuticals, Inc.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    NORTHERN DIVISION

11 | In re                                  | CASE NO.: 9:18-bk-12087-DS
12 |                                         | CHAPTER 11
   | Green Pharmaceuticals, Inc.,            |
13 |                                         | ADV. NO.: 9:19-ap-01001-DS
   |                   Debtor.               |
14 | _____          | SUPPLEMENTAL PROOF OF SERVICE
   |                                         | OF COMPLAINT FOR INJUNCTIVE
15 | Green Pharmaceuticals, Inc.,            | RELIEF RESTRAINING AND ENJOINING
   |                                         | FC MARKETPLACE, LLC FROM
16 |        Plaintiff,                       | PROSECUTING STATE COURT
   |                                         | ACTION AND/OR ENFORCING ANY
17 | v.                                      | JUDGMENT AGAINST DOMINIQUE DE
   |                                         | RIVEL AND CHRISTIAN DE RIVEL AND
18 | FC Marketplace, LLC,                    | SUMMONS SERVICE EXECUTED
19 |        Defendant.                       | Status Conference
20 |                                         | Date  : March 12, 2019
   |                                         | Time  : 10:30 a.m.
21 | _____          | Place : Courtroom 201

22

23

24

25

26

27

28

- 1 -

| | |
|---|---|
| In re<br>    **Green Pharmaceuticals, Inc.**<br>                      **Debtor(s)** | **Chapter 11**<br>**Case No.: 9:18-bk-12087-DS**<br>**Adv. No.: 9:19-ap-01001-DS** |

# SUPPLEMENTAL PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17835 Ventura Blvd., Suite 306, Encino, CA 91316**

A true and correct copy of the foregoing document entitled *Complaint For Injunctive Relief Restraining And Enjoining FC Marketplace, LLC From Prosecuting State Court Action And/Or Enforcing Any Judgment Against Dominique De Rivel And Christian De Rivel and Summons Service Executed* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *December 7, 2018*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *January 11, 2019*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**In addition to the parties listed on previously filed Summons Service Executed, the Summons Service Executed was served on:**

Honorable Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1634, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *January 7, 2019*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**In addition to the parties listed on previously filed Summons Service Executed, the Complaint was served on:**

Honorable Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple St., Courtroom 1639, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2019 | Sandy Cuevas | /s/ Sandy Cuevas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.